## UNITED STATES DISTRICT COURT

### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMONTE JEROME MCGHEE,<br><br>Plaintiff,<br><br>v.<br><br>LORENZO CASTREJON, et al.,<br><br>Defendants. | Case No. 1:25-cv-01024-KES-SAB<br><br>ORDER REGARDING STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER<br><br>(ECF No. 14) |

Before the Court is the parties' stipulation to extend the time in which Defendants may answer Plaintiff's complaint. For good cause shown, the Court hereby approves the stipulation and ORDERS that Defendants shall have through October 15, 2025, to answer or otherwise respond to the complaint.

IT IS SO ORDERED.

Dated: **September 15, 2025**

STANLEY A. BOONE
United States Magistrate Judge