# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DIAMONTE JEROME MCGHEE, <br><br>　　　　Plaintiff, <br><br>　　v. <br><br>LORENZO CASTREJON, et al., <br><br>　　　　Defendants. | Case No. 1:25-cv-01024-KES-SAB <br><br>ORDER REGARDING STIPULATION FOR EXTENDING TIME FOR DEFENDANTS TO FILE ANSWER <br><br>(ECF No. 16) |

　　　　Before the Court is the parties' stipulation for an extension of time in which Defendants may answer Plaintiff's complaint. For good cause shown, the Court approves the stipulation and ORDERS that Defendant shall have through November 26, 2025, to answer or otherwise respond to the complaint. Accordingly, the Court hereby ORDERS that the initial scheduling conference is CONTINUED to January 6, 2026, at 2:30 p.m. in Courtroom 9 (SAB) before Magistrate Judge Stanley A. Boone. A Joint Scheduling Report is due one week before the new conference date.

IT IS SO ORDERED.

Dated:　**October 7, 2025**

　　　　　　　　　　　　　　　　　　STANLEY A. BOONE
　　　　　　　　　　　　　　　　　　United States Magistrate Judge